JERRY WAYNE RUMPH
#283981
2101 FM 369 NORTH
IOWA PARK, TEX. 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 31 2015
Abel Acosta, Clerk

(JULY 27TH, 2015)

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: WR-10,359-35

Dear Clerk:
    Please at your most suitable time, would you be so kind and inform me of the status of my application for writ of Habeas Corpus in the above writ number? It'd be so deeply appreciated and thankful.

Respectfully requested,
Jerry Wayne Rumph